**F I L E D**

AUG 2 1 2024

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:24-cr-111 |
| | ) | |
| v. | ) | <u>INDICTMENT</u> |
| | ) | |
| TRACI LINN HUBBARD, and | ) | T. 18 U.S.C. § 2 |
| WESLEY ROBERT HUBBARD, | ) | T. 18 U.S.C. § 2320(a)(1) |
| | ) | T. 18 U.S.C. § 2323 |
| Defendants. | ) | |
| | ) | |

**THE GRAND JURY ALLEGES:**

## <u>INTRODUCTORY ALLEGATIONS</u>

1.     For all times material hereto, Defendants TRACI LINN HUBBARD and WESLEY ROBERT HUBBARD operated a business in Nevada, Iowa, known as Unique Boutique, which was a fictitious business name under Advantedge, Inc., in which they were corporate officers. Unique Boutique sold various items including apparel, accessories, bags, handbags, purses, wallets, blankets, skin care and cosmetic items.

2.     The United States Patent and Trademark Office ("USPTO") is an agency of the United States Department of Commerce that is responsible for granting patents and registering trademarks in the United States. A trademark is a word, phrase, symbol, or design (or combination thereof) that is used to identify goods or services, and which helps customers distinguish among those goods and services in the marketplace. By registering trademarks, the USPTO aids businesses in protecting investments in their brand, and safeguards consumers against confusion,

1

mistake, or deception in the marketplace.

3.     The USPTO reviews trademark applications to determine if a trademark meets the requirements to be registered. If approved for registration, the USPTO issues a certificate for the trademark containing a unique registration number that can be used to identify the trademark.

4.     Louis Vuitton Malletier ("Louis Vuitton") is a French company with its principal place of business in Paris, France.

5.     Louis Vuitton designs, markets, and distributes handbags, leather goods, apparel, footwear, perfumes, watches, and other accessories. Louis Vuitton advertises and sells its products exclusively through Louis Vuitton's own retail stores and its company-owned website.

6.     Louis Vuitton is the owner of numerous trademarks registered with the USPTO, including the following trademarks:

| TRADEMARK | REGISTRATION NUMBER |
|---|---|
| <br>Damier Trademark | 3576404 |
| <br>Damier Trademark | 2421618 |

| TRADEMARK | REGISTRATION NUMBER |
|---|---|
| <br>Damier Trademark | 2255321 |
| <br>Damier Trademark | 2378388 |
| <br>Damier Trademark | 4809157 |
| <br>Damier Azur Trademark | 6836090 |
| <br>Damier Azur Trademark | 7045574 |
| <br>Damier Graphite Trademark | 7051397 |
| <br>Damier Trademark | 7051398 |

| TRADEMARK | REGISTRATION NUMBER |
|---|---|
| Damier Trademark | 6836091 |
| Décor Floral | 1841850 |
| Décor Floral | 3107072 |
| Flower | 2177828 |
| Flower | 3021231 |
| Flower | 6952203 |
| Flower in circle | 2181753 |
| Flower in circle | 3023930 |
| Flower in circle | 6952204 |
| | 2773107 |

4

| TRADEMARK | REGISTRATION NUMBER |
|---|---|
| Flower in Rhombus | |
| <br> Flower in Rhombus | 3051235 |
| <br> Flower in Rhombus | 6976619 |
| **LOUIS VUITTON** | 1990760 |
| **LOUIS VUITTON** | 1045932 |
| **LOUIS VUITTON** | 4530921 |
| LOUIS VUITTON | 2909003 |
| | 1615681 |
| **LOUIS VUITTON PARIS** | 2346373 |
| <br> LV Logo | 4617736 |
| <br> LV Logo | 1794905 |
| <br> LV Logo | 1519828 |
| <br> LV Logo | 2361695 |
| <br> LV Logo | 2909002 |
| <br> LV in Circle. | 5477535 |

| TRADEMARK | REGISTRATION NUMBER |
|---|---|
| Toile Monogram | 0297594 |
| Toile Monogram | 2399161 |
| Toile Monogram | 4192541 |
| Toile Monogram | 1770131 |
| Since 1854 | 7141486 |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>
**(Trafficking in Counterfeit Goods or Services)**

7.      The allegations set forth in paragraphs 1 through 6 are incorporated by reference as if fully set forth herein.

8.      On or about March 2, 2023, in the Southern District of Iowa, the defendants, TRACI LINN HUBBARD and WESLEY ROBERT HUBBARD, did knowingly and intentionally traffic in and attempt to traffic in goods or services, specifically, one handbag and one purse, and on and in connection with such goods, knowingly used counterfeit Louis Vuitton marks identical to, and substantially indistinguishable from, genuine marks registered on the principle register in the USPTO and in use, the use of such counterfeit marks was likely to cause confusion, to cause mistake, and to deceive, and aided and abetted the same.

This is a violation of Title 18, United States Code, Sections 2320(a)(1) and 2.

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 2</u>
**(Trafficking in Counterfeit Goods or Services)**

9.     The allegations set forth in paragraphs 1 through 6 are incorporated by reference as if fully set forth herein.

10.     On or about March 23, 2023, in the Southern District of Iowa, the defendants, TRACI LINN HUBBARD and WESLEY ROBERT HUBBARD, did knowingly and intentionally traffic in and attempt to traffic in goods or services, specifically,

| Item | Quantity |
|---|---|
| Face masks | 5 |
| Tote bag | 1 |
| Dust covers | 19 |
| Watch bands | 16 |
| Wallets | 13 |
| Coin purses | 3 |
| Makeup cases with brushes | 2 |
| Small purses | 4 |
| Medium wallets | 11 |
| Medium purses | 13 |
| Ring | 1 |
| Handbags | 14 |
| Tote bags | 11 |
| Hats | 2 |
| Clear handbags | 3 |
| Boots (pair) | 1 |
| Blanket | 1 |

and on and in connection with such goods, knowingly used counterfeit Louis Vuitton marks identical to, and substantially indistinguishable from, genuine marks registered on the principle register in the USPTO and in use, the use of such

counterfeit marks was likely to cause confusion, to cause mistake, and to deceive, and aided and abetted the same.

This is a violation of Title 18, United States Code, Sections 2320(a)(1) and 2.

**THE GRAND JURY FINDS:**

**<u>NOTICE OF FORFEITURE</u>**

Upon conviction for the offenses alleged in Counts 1 and/or 2 of this Indictment, the defendants, TRACI LINN HUBBARD and WESLEY ROBERT HUBBARD, shall forfeit to the United States, the items described in this indictment, the trafficking of which is prohibited under Title 18, United States Code, Section 2320, described in this Indictment pursuant to Title 18, United States Code, Section 2323.

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Debra Mendenhall
Assistant United States Attorney

9